NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Dale Wallace, *et al.*, | No. CV-17-04774-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Desert States Employers & UFCW Unions Pension Plan, *et al.*, | |
| Defendants. | |

Upon review of the Tolling Agreement and Stipulation of Dismissal Without Prejudice (Doc. 13), and good cause appearing;

IT IS HEREBY ORDERED granting the Tolling Agreement and Stipulation of Dismissal Without Prejudice (Doc. 13). All pending hearings and motions/stipulations (Doc. 11) are deemed moot.

IT IS FURTHER ORDERED dismissing this case without prejudice and directing the Clerk to close this matter.

Dated this 26th day of February, 2018.

Honorable John J. Tuchi
United States District Judge